RECEIVED

JUN 0 2 2026

U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _____

Scott Ashford
Gooden
_____                    )

_____                    )

(Enter above the NAME of the
plaintiff in this action.)          )

                                    )

v.                                  )

Rutherford county                   )

Sheriff's dept, Hamilton            )

County sheriff's dept, et all)
(Enter above the NAME of each
defendant in this action.)          )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (42 U.S.C. Section 1983)

I.     PREVIOUS LAWSUITS

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES (  ) NO (✓)

    B.    If your answer to A is YES, describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to the previous lawsuit:

        Plaintiffs: _____

_____

        Defendants: _____

_____

1

Case 3:26-cv-00746    Document 1    Filed 06/02/26    Page 1 of 22 PageID #: 1

2. COURT: (If federal court, name the district; if state court, name the county):

_____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: ~~Ruther~~ Hamilton county (being moved to rutherford county)

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES (✓) NO ( )

C. If your answer is YES,

1. What steps did you take? Greivance _____

_____

2. What was the result? No response _____

_____

D. If your answer to B is NO, explain why not. _____

_____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES (✓) NO ( )

F. If your answer is YES,

1. What steps did you take? asked to press charges

_____

2. What was the result? Nothing

## III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Scott Ashford gooden

Present address: 940 New Salem Hwg murfreesboro TN 37129

Permanent home address: 472 county farm Rd murfreesboro TN 37129

Address of nearest relative: 472 county farm Rd murfreesboro TN 37129

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Hamilton County Sheriffs Dept

Official position: Sheriffs Dept

Place of employment: City of Chattanooga

C. Additional defendants: Rutherford county sheriffs Dept

Sheriffs Dept

City of Murfreesboro

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

3

4

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you.  Make NO legal arguments.

Cite NO cases or statutes.)

_____

_____

_____

_____

_____

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this _____27_____ day of ___April___ , 20_26_ .


_____
Signature of plaintiff(s)

5

Defendants

1) Macon county sheriff's department
Address   902 TN-52 Bypass
          Lafayette TN 37083
Official capacity

2) Macon county Courthouse
address   906 TN-52 Bypass
          Lafayette TN 37083
official capacity

3) Macon county detectives office
address   902 TN-52 Bypass
          Lafayette TN 37083
official capacity

4) Jenning Jones
address   320 W. Main st #100
          Murfreesboro Tn 37130
Individual capacity

5) Karen Hutchinson
address   116 W. Lytle st
          Murfreesboro TN 37130
Individual capacity

6) Macon county Judge
address   904 TN-52 Bypass
          Lafayette TN 37083
Individual capacity

7) Macon county Public defenders office
address   ~~515 Hwy 52 Bypass W~~ 216 Public square
          ~~Lafayette TN 37083~~

Official capacity

Case 3:26-cv-00746   Document 1   Filed 06/02/26   Page 6 of 22 PageID #: 6

8) Rutherford county sheriff's department
address    940 New Salem Hwy
           Murfreesboro Tn 37129
official capacity
9) Rutherford county detectives office
address    940 New Salem Hwy
           Murfreesboro Tn 37127
official capacity
10) Amy Burnett
address    150 Turner Ave
           Murfreesboro Tn 37127
Individual capacity
11) Haley Burnett
address    150 Turner Ave
           Murfreesboro Tn 37127
Individual capacity
12) Citizenshipper, Com
address    5380 old Bullard Rd  ;  701 Tinley St Unit 12
           Suite 600119               Austin TX 78702
           Tyler TX 75703
of Individual capacity
13) Maury County sheriff's department
address    1300 Lawson White Dr
           Columbia TN 38401
official capacity
14) Williamson County sheriff's department
address    408 Century Ct
           Franklin TN 37064
official capacity

15) Hamilton county sheriff's department
address      600 market St
             Chattanooga TN  37402
official capacity
16) Soddy daisy sheriff's department
address      9838 Dayton Pike
             Soddy-Daisy TN  37379
official capacity
17) soddy daisy city police
address      9835 Dayton Pike
             Soddy- Daisy TN  37379
official capacity
18) TBI    901 R.S. GASS Blvd    +   6040 Century Oaks Dr
address      Nashville Tn  37216      Chattanooga TN  37416

official capacity
19) Rutherford county grand jury
address      116 W Lytle St  Room 102
             murfreesboro TN  37130

official capacity
20) Rutherford county court house
address      S. Public Square
             murfreesboro TN  37130
official capacity
21) Rutherford county Judge Tidwell
address      116 W. Lytle st  #5101
             murfreesboro TN  37130

& Individual capacity

22) Rutherford county clerks office
address   116 W. Lytle St
          Murfreesboro TN 37130
Official capacity
23) Dana Minor
address   320 W. Main St #100
          Murfreesboro TN 37130
Individual capacity
24) Christian Houston
address   600 Dusan Blvd 65
          Murfreesboro TN 37129
Individual capacity
25) general session's court in Rutherford county
address   116 W. Lytle St #102
          Murfreesboro TN 37130
Official capacity
26) chaturbate.com
address   23615 EL Toro Rd
          Lake Forest CA 92630
Individual capacity
27) CamSoda.com
address   Lawrence G. Walters
          195 W. Pine Ave
          Longwood, FL 32750-4104
Individual capacity
28) chat Fuck-me-life.com
address

29) strip-chat.com
address   665 Third St #207
          San Francisco CA 94107
Individual capacity

Individual capacity

# Claim #1

pg. 1

Macon county sheriff's dept and Macon county detectives office in 2024-2025 was involved in recieving intelligence without verifying the Authentication of Alleged material from the internet from social media sites and/or willfully part of a targeting scheme/Harassment and defamation plot with hundreds of accounts deliberately soliciting prostitution. Saving conversations with no resulting outcome. They then turned to using likeness of profiles without permission of said individuals, not knowing how old those likeness's were. Then saying they were minors to continually target/Harrass.

Between then and now may 2026 they have been in liege with their sister district whom Jennsing Janes is also over Rutherford county Sheriff's dept and detectives office in violating Judicial integrity, Due process, and other aspects of Judicial proceedings.

# Claim #2

Macon county court house in march fabricated evidence in open court, during circuit court proceedings, to revoke my bond and raise my bond to one million dollars. By saying the court slip I signed in ~~Jan.~~ Dec. 2024 - Jan. 2025 agreeing to be in court for my pre-lim on Feb. 14th 2025. They marked out Feb 14th penned in June 13th saying I agreed to be at an arraignment before the pre-lim was ever waved on Feb 14th 2025, grand jury indicted April 15 2025. Case 3:26-cv-00746   Document 1   Filed 06/02/26   Page 10 of 22 PageID #: 10 my bond

Claim # 2 cont. pg.2

The court never contacted me, or attempted to even call my phone or notify the person on my bond (Terri Todd). They never arrainged me, then waited after putting a hold on me in June of 2025 to Feb or march of 2026 to bring me to court, then appointed an Attorney from their public defenders office, without ever talking with me waived my rights with no signature of the formal reading of the arrainment process. At no point since April 19th of 2025 have they served me any indictment or arrainged me, or me sign any waving of any rights.

Claim # 3

Haley Burnett, Amy Burnett and associates since 2018 have monitored, harassed, stocked, tormented, and physically harmed/impeeded life and liberty by using google (tracking) (low-jacking) (filtering) et. all. using social media Facebook, snapchat, Tiktok, what's app, Telegram, and apps as well as Citizenshipper.com UShip.com and online sites that Haley Burnett and associates used such as Chaturbate, CamSoda, Fuck-me-life, Strip-chat even Facebook dating and Tinder. To the exstant of manipulating emission output of apps and sites to use electronic triggering, sleep hypnosis, to by-pass detection methods. Even eye tracking technology, with environmental collapse for password like detection to allow access to hidden content and moving members who pay and tip to certain degree in proximity to have sexual encounters creating a sex trafficking ring that's utilizing

claim #3 cont.

They manipulated software, programming, and electronic alliances. To illegally monitor record harass, threaten, communicat and by-pass detection, furthering illegal acts of prostitution, sell of fentanyl and meth possibly money laundering through legitamate sites such as Citizenshipper.com and Uship.com.

Haley Burnett after I told her I would report her to DCS within a week lied to police alledging stocking charges the same day she was planning to sell me Meth after her friend left ~~in 2025~~ her residence. In 2024-2025 (not sure of date) previously soliciting the sell of Fentanyl on snapchat and soliciting me of prostitution

Once I began trying to go to police and TBI and FBI the sites the FBI gave me to report on my access was being remotely blocked. As well as blocking/filtering my calls to DCS not allowing me to report Haley Burnett's on going IV use of drugs, the illicit sell of drugs and her own body to DCS.

Haley Burnett and Amy Burnett used contacts and associates within Rutherford Countys Judicial system to have sealed indictments taken out on more stocking charges and retaliation, coercion, and violating contact order when 400 videos were posted within 2 days on my Social Media 80% were in relation to the publishing content of my Auto-biography with being in contact to book publishers, the others telling those involved who are continuing to harass and impede my life and liberty to leave me alone and I forgive them but into since

claim # 3 cont.

I had already tried to report harassment in NC, Virginia, and went to FBI (they said only Jennifer Jones could start an investigation, also previously sued) none would do anything leaving the FBI the only avenue after NC, and Virginia saying it's out of their jurisdiction.

claim # 4

I was on four bonds when, Rutherford County Sheriff's department, I was going to court, with no FTA's they unsealed indictments they proceeded to lie to Hamilton County about those indictments, about me being armed, and where I was coming from while pigging my phone on June 5 2025 after recieving taunting texts about events I took in to reference events of that arrest prior to arrest. A Hamilton county Detective/officer during a 2025 pre-lim went on record saying Rutherford County said I had been making threats to a D.A., armed and dangerous, and coming from Nashville. Citizenshipper.com was used to deliberately set up this incident with a transport from Arkansas to Chattanooga to bring me into the state through my shipping company. They never attempted to contact me to turn myself in due to New warrants, call my job, residence, or bondsman when I was on bond in Rutherford then deliberately and intentionly with pre-meditation through weeks in advance planning, proof booking through Citizenshipper prior to indictments stamped June 3rd to lie about actual facts to

Claim # 4 cont

create a hostile apprehension in hopes of damaging my physical body and/or causing death by police. With using electronic means to cause agitation, sub-lime messaging through programming, creating mistrust of police, and transmitting base to base is how you'll make it. deliberately and intentionally creating/increasing potential of harm with enticement of elements within the arrest.

Then said device used through this and pigged for location then stolen, loss, destroyed after and/or during apprehension, Also connected to Macon county charges

Claim # 5     (From what was being done on social media)

Rutherford county, Rutherford county courthouse, Rutherford county clerks office, and Rutherford County Judge Tidwell, when I had motions stamped, copied, and filed for Fast and speedy trial, bond reduction and a dismissal motion based upon perjurary evidence, was never acknowledged, heard, or denied. Violating my due process. 2025

Claim # 6

Maury County court house, after motions filed to transport and have case handled for first offense duI. The motions were denied and transport to court from Hamilton county refused. 2025, copies made

Claim #7

Williamson county Courthouse motions filed for transport and action to resolve DuI case never acknowledged, heard, or denied. Copies were made, filing was in 2025

Claim #8

Soddy daisy, and other districts within Hamilton county on June 5th willfully and knowingly committed police brutality who were involved in the police chase, where I ran to The Naval command, control and operations center on Amnicou Hwy in fear of my life by police after the Rutherford county sheriff's dept unsealed indictments then knowingly, willfully, and deliberately lied to, feeding Hamilton county sheriff's dept and Soddy Daisy police force false information creating hostile apprehension under false pre-tense. uploaded video footage from ad dash-cameras during police chase and/or live streamed the entire police chase on facebook the day of apprehension from police squad cars.

Once I was at military base unarmed, under camera, cornered, hands up, not running. Police "draw-down" state "get on your knees or I will kill you" then immediately taze. Then proceed for minutes upward to 10 minutes placing their knee on my neck saying he's resisting when footage shows I'm cuffed and only move my body when directed to bend my left leg at the knee then roll to my left. Immediately obeying 2 seperate commands given by a seperate officer from a seperate district.

The officer with his knee on my neck, while I repeatedly state I can't breathe removes his knee, places both palms flat on my back, presses me into the ground, restricting my breathe even more, then laughing, then places knee back on my neck, leaving scars across my Jugular on my neck

claim #9

During 2024-2025 after suing 30 plus entitys in Rutherford county dealing with a domestic charge, one judged recused himself when appointed to my case. Then D.A. Dana Minor who also was sued previously, when the issue of a conflict was raised, she stated she was never served. Proceeded to revoke my bond, attempt to give me 10-15 yrs. at 100 porcent when she knew her own detective statement contradicted her alleged victim who was lying about me repeatedly choking him. Then had me sit 8 months with no bond, after revoking my bond. Offered 3 days before trial a plea of NO conviction, NO contest. I said no went to trial b/c she was never suppose to touch my case.
~~The defendants~~

claim #10

The defendants of the lawsuit in 2019 were never served due to the fact Rutherford county jail never forwarded my legal mail, when they sent me to prison they sent my federal mail back to the federal courthouse stating they didn't know where I was. The federal docket states "mail returned to sender, addressees location unknown".

claim #11

In 2024 at residence 472 county farm rd, a lawsuit against Dana Minor, Christian Houston, Melissa Cohea, in regards to the charge of domestic assault and purgary, falsified statements monitoring harassment, and recording illegally and more Haley

Case 3:26-cv-00746   Document 1   Filed 06/02/26   Page 16 of 22 PageID #: 16

claim # 11 cont.

Burnett and associates, asking for charges to be pressed, charges against me dropped, and costs/expenses/loss wages to be awarded/returned. This lawsuit was stolen out of my mailbox from my residence, It involved Rutherford county and other entitys that were also previously sued.

claim # 12

Kaven Hutchinson grand Jury foreman previously sued along with Jenning Jones are on all said previous claims indictments and both districts are under him where corrupt acts have mainly taken place the 3rd district not under Jenning Jones stated on record lies were intentionally stated defaming my name, impeeding my life and liberty with unjust cause.

claim # 12

While representing myself pro se, I asked during my pre-lim with Haley Burnett if she had ever done drugs or sold drugs. Then went to enter text messages from Instagram showing I was buying Meth from Haley Burnett the night she called police when they took out stocking warrants. The D.A. and Judge worked in coercion to block evidence from being entered even though the 2 questions of drug use and selling drugs was the foundation needed to enter evidence. Bar of standard is lower when pro se representation.

Claim #13

Macon Case 3:26-cv-00746 Document 1 Filed 06/02/26 Page 17 of 22 PageID #: 17

Claim #13 cont. -

In the years between 2024-2026 did multiple times 2 seperate occasions fail in their obligation to transport me to court from Rutherford county Jail and Hamilton county jail. Rutherford county was a period of 9 months. Hamilton county was also around a 9 month period, they failed to bring me to court, as well as serve me any indictments from the grand jury. Rutherford county also failed in their obligations to serve me indictments once they had Hamilton county arrest me, which was not done in a timely manner. during original arrest also commited police brutality

Relief Claim # 1

A criminal investigation done, A federal probation for counties, Further training, an oversite commitee set up by federal government. Compensation for loss wages, defamation, pain & suffering, mental anguish, Ten billion dollars, and state legislation reformed making rule of law standard operating procedure. Charges against me dropped. Any and all parties guilty prosecuted to the fullest exstant of the law.

Relief claim #2

A criminal investigation started, Federal probation with oversite commitee for counties, Further training for police, Compensation for loss wages, defamation, pain & suffering, mental anguish, state legislation reform making rule of law standard operating procedure, in the Sum of to Ten billion dollars. Charges dropped against me and those involved prosecuted.

Relief claim #3

Criminal investigation done, where enhancement of 4 or more associates has Ten year enhancement, sites used penalized and forced to realocate funds of Ten million to create protection commitee for employees, Victims alloted One million per site. Profile on Citizenshipper.Com unlocked and compensation of ~~Ten~~ Ten million awarded for saying DOT # never verified, and allowing individuals to be ~~targeted~~ targeted through their site, not protecting their 3rd party contractors. Any other operators targeted through this site and similar means awarded One million dollars as well.

Haley and Amy Burnett to pay Ten million a piece. Any Judicial entities and/or individuals in cohorts (working with) to commit illegal acts removed, disbarred, and federal oversite for no less than Five years

Relief Claim #4

Criminal investigation done, Federal probation for counties involved, in-depth training, oversite commitee set up by federal government all open cases dropped (Macon county as well) Compensation for loss wages, defamation, pain & suffering, mental anguish, state legislation reform making rule of law standard operating procedure, in the sum of ~~to~~ Ten billion dollars, all guilty parties involved prosecuted

Relief claim #5

Federal probation, oversite commitee created, charges dropped, ~~~~ pain & suffer mental anguish, Malicious Prosecution & Violation os due process

Case 3:26-cv-00746   Document 1   Filed 06/02/26   Page 19 of 22 PageID #: 19

Relief claim #6
Charges dropped, one million awarded for mental anguish, pain and suffering
Relief claim #7
charges dropped one million awarded for mental anguish, pain and suffering

Relief claim #8
Criminal investigation done with connection to other claims, federal probation for counties, Federal oversite commitee, charges dropped, Intensified training for police, new training to be implemented, Compensation for loss wages, defamation, pain & suffering, mental anguish, state legislation reform making rule of law standard operating procedure, money to be awarded for combined action Ten billion dollars. Any guilty parties prosecuted.

Relief claim #9
Criminal and civil investigation done, guilty party disbursed removed from Judicial system, 40 million dollars awarded for time spent incarcerated after bond being revoked, for mental anguish, pain & suffering, cruel and unusual punishment, defamation. Charges expunged of domestic/assault
Relief claim #10
lawsuit of 2014 reopened summons to be sent out to defendants, investigation started, Federal oversite commitee created, legislation reformed making rule of law standard operating procedure

Relief claim #11
20 million awarded for pain and suffering, criminal investigation done.

Relief claim #2

Criminal investigation, parties not allowed to continue in judicial capacities, federal probation for counties and oversite committees, AI technology created/implemented to help make sure due processes, procedures and rule of law are adhered to and standard operating procedure 30 million dollars awarded for pain & suffering, loss wages

Relief claim #13
charges dropped, one million alloted/awarded for cruel and unusual punishment, violation of due process, and constitutional rights, one million per infraction, pain & suffering, mental anguish, defamation, malicious prosecution 20 million dollars awarded for police brutality



Scott Gooden
472 County Farm Road
Murfreesboro Tn 37127

CERTIFIED MAIL

9589 0710 5270 4006 2530 09

RECEIVED
JUN 0 2 2026
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Retail

UNITED STATES
POSTAL SERVICE®

RDC 99

37203

U.S. POSTAGE PAID
FCM LG ENV
MURFREESBORO, TN 37130
MAY 28, 2026

$8.02

S2324K500883-11

United States District Courthouse
719 Church Street
Suite 1300
Nashville, TN 37203